JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DEVAULT, <br> Petitioner, <br> v. <br> JIM MCDONNELL, ET AL., <br> Respondent. | Case No. CV 17-3038-PSG-KK <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Action, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: 6/14/17

HONORABLE PHILIP S. GUTIERREZ
United States District Judge